IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00669-BNB

GREGORY S. ORTIZ,

    Plaintiff,

v.

ROBERT J. ULRICH (Chief Executive Officer),
DOUGLAS A. SCOVANNER (Executive Vice President),
ANN STOVER (Store Manager),
RON BAKER (Lead Security Officer),
HANK MARTINEZ (Security Officer),
DANIEL GARCIA (Security Officer), and
TARGET STORE INC., et al. at 14200 E. Ellsworth Ave., Aurora, CO 80012,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The motion for an extension of time that Plaintiff Gregory S. Ortiz submitted *pro se* and the Court filed on June 28, 2006, and which Mr. Ortiz characterizes as a motion for stay of proceedings, is GRANTED. Mr. Ortiz will be allowed **thirty (30) days from the date of this minute order** in which to notify the Court of his new address. Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated: June 30, 2006

---

Copies of this Minute Order mailed on June 30, 2006, to the following:

Gregory S. Ortiz
Prisoner No. 200500013598
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155

Gregory S. Ortiz
Prisoner No. 200500013598
DRDC
PO Box 392004
Denver, CO 80239

                                                                    Secretary/Deputy Clerk