IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00669-BNB

GREGORY S. ORTIZ,

    Plaintiff,

v.

ROBERT J. ULRICH (Chief Executive Officer),
DOUGLAS A. SCOVANNER (Executive Vice President),
ANN STOVER (Store Manager),
RON BAKER (Lead Security Officer),
HANK MARTINEZ (Security Officer),
DANIEL GARCIA (Security Officer), and
TARGET STORE INC., et al. at 14200 E. Ellsworth Ave., Aurora, CO 80012,

    Defendants.

FILED
UNITED STATES DISTRICT COURT

JUL 17 2006

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

This matter is before the Court on the motion titled "Motion Seeking to Withdraw Pending Lawsuit" that Plaintiff Gregory S. Ortiz submitted *pro se* and the Court filed on July 11, 2006. In the motion, Mr. Ortiz informs the Court that he wants to dismiss his complaint.

The Court must construe liberally the July 11, 2006, motion to dismiss because Mr. Ortiz has filed the motion on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the July 11 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without

order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See* **Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion titled "Motion Seeking to Withdraw Pending Lawsuit" that Plaintiff Gregory S. Ortiz submitted *pro se* and the Court filed on July 11, 2006, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of July 11, 2006, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 14 day of July, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00669-BNB

Gregory S. Ortiz
19347 E. Batavia Dr.
Aurora, CO 80011

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/17/06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk